Opinion issued August 4, 2022



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00074-CV

———————————

**GARY GRANTHAM AND LESLIE C. GRANTHAM, Appellants**

**V.**

**CARLOS CASTRO, STACI CASTRO, LA PORTE MAIN PROPERTIES, INC., LOUIS ANN MARTIN, AND LAURA WHILLEY, Appellees**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1157932**

---

## MEMORANDUM OPINION

Appellants, Gary Grantham and Leslie Grantham, filed an appeal from a final judgment signed on January 3, 2022. Appellants have filed two notices of appeal—one from the final judgment signed on January 3, 2022, and another from a subsequent order signed on March 9, 2022.

The clerk's record is due within 120 days after the judgment is signed. *See* TEX. R. APP. P. 35.1(a). Appellants have not paid for the clerk's record. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). Appellants failed to respond to our notice of May 10, 2022, that the appeal was subject to dismissal unless appellants established indigence or paid or made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellants have not responded to this Court's notice.

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.